Case 2:24-cv-00021   Document 28   Filed on 04/17/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EPIFAMIO TRUJILLO, III, § <br> § <br> Plaintiff, § <br> V. § <br> § <br> CRACKSEAL OF TEXAS, LLC, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:24-CV-00021 |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties, which the Court hereby deems effective. (D.E. 27); FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court **ORDERS** the Clerk of Court to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
April 17, 2025